**FILED**

DEC 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeremy Kahn, *pro se* ) | |
| 4815 Essex Ave. ) | |
| Chevy Chase, MD  20815 ) | |
| day telephone (202) 887-0037 ) | |
| | |
| *Plaintiff,* | Case: 1:07-cv-02323 |
| | Assigned To : Kennedy, Henry H. |
| v. | Assign. Date : 12/27/2007 |
| | Description: FOIA/Privacy Act |
| Federal Motor Carrier Safety Administration ) | |
| 1200 New Jersey Ave., S.E. ) | |
| Washington, DC  20590 ) | |
| ) | |
| *Defendant* ) | |

### COMPLAINT FOR INJUNCTIVE RELIEF
### UNDER THE FREEDOM OF INFORMATION ACT

1. This is an action under the Freedom of Information Act, 5 U.S.C. §552, as amended, to order the Federal Motor Carrier Safety Administration ("FMCSA") to produce a copy of a formal agency decision ("Decision") served October 2, 2007, in a matter titled, *P.A.M. Transport, Inc.*, FMCSA Docket MC-150496, which was improperly withheld from the plaintiff.

2. The jurisdiction of this Court is invoked under 5 U.S.C. §552(a)(4)(B), since FMCSA is situated and maintains its records in the District of Columbia.

3. Plaintiff is the requestor of the agency Decision, which has been improperly withheld. Plaintiff is also a member of the D.C. Bar (DC Bar #199778) and the Bar of

this Court, but he is bringing this action on his own behalf, *pro se.*

4.   Defendant Federal Motor Carrier Safety Administration is an agency of the United States and has possession of the Decision Plaintiff seeks.

5.   Plaintiff became aware of the Decision through Defendant's publication of the daily *FMCSA Register*, which lists formal agency actions and is made available daily to the public through Defendant's website at www.fmcsa.dot.gov.  Defendant published notice of the Decision at page 19 of the October 2, 2007 *FMCSA Register* as a formal decision of the agency.   A copy of that page is attached as Exhibit A.

6.   Immediately below the listing of the Decision in the *FMCSA Register*, FMCSA listed in bold print the legend, "Copies of Decisions May Be Purchased by Calling DC News and Data, Inc. at (240) 632-8591.

7.   Plaintiff first sought the FMCSA's Decision through an informal request to the agency, which was denied.

8.   Plaintiff next called the telephone number for "DC News and Data" as published in the *FMCSA Register*, and received a recorded announcement that the phone number was not in service.   Plaintiff believes the same phone number has been listed as the source for FMCSA decisions and has not been in service for at least eight months.

9.   By letter dated October 10, 2007 and acknowledged by FMCSA by its own letter on the same day, Plaintiff requested from FMCSA a copy of the Decision under the Freedom of Information Act.

10.   FMCSA has refused either to provide the Decision or to respond further.

2

11. Since the requested Decision is listed in the daily *FMCSA Register* as a formal decision, FMCSA's failure to provide a copy is such an egregious violation of the Freedom of Information Act that relief under that Act is warranted at this time.

12. Plaintiff has a legal right to this decision under 5 U.S.C. §552(a)(2)(A), and there is no legal basis for Defendant's ongoing refusal to produce it.

WHEREFORE, Plaintiff respectfully prays that this Court:

(1) Order Defendant FMCSA immediately to make the requested Decision available as requested;

(2) Expedite the proceedings as provided in 5 U.S.C. §552(a)(4)(B)

(3) Award Plaintiff his costs in this action, pursuant to 5 U.S.C. §552(a)(4)(F);

(4) Issue a written finding, pursuant to 5 U.S.C. §552(a)(4)(F), that the circumstances surrounding the withholding raise questions whether the agency acted arbitrarily and capriciously with respect to the withholding; and

(5) Grant unto Plaintiff such other and further relief as it may deem just and proper in the premises.

Respectfully submitted,

_____
Jeremy Kahn, *pro se*
Business Address For Mail:
1730 Rhode Island Ave., N.W., No. 810
Washington, D.C.   20036
Day Telephone    202.887.0037

| MC-616119-C | GROUND FORCE TRANSPORTATION LLC - TOBACCOVILLE, NC | 10/02/2007 | DISCONTINUANCE |
| MC-616907-C | DEVON CRUMP & ASSOCIATES LLC - HATFIELD, PA | 10/02/2007 | DISCONTINUANCE |
| MC-617244-P | ARTURO SANCHEZ - ANAHEIM, CA | 10/02/2007 | NOTICE |
| MC-617369-P | HEYWOOD ENTERPRISES LLC - KALAMAZOO, MI | 10/02/2007 | DISCONTINUANCE |
| MC-617769-P | SECOND LOOK TRANSPORT INC - CHICAGO, IL | 10/02/2007 | NOTICE |
| MX-254167-C | GUADALUPE OCON & REFUGIO ROMO SAUCEDO - TIJUANA, BA | 10/02/2007 | DISCONTINUANCE |

## MISCELLANEOUS

| NUMBER | TITLE | DECIDED | SERVED | DECISION TYPE |
| --- | --- | --- | --- | --- |
| MC-150496 | P.A.M. TRANSPORT, INC. - TONTITOWN, AR | 10/02/2007 | 10/02/2007 | SELF-INSURED |

COPIES OF DECISIONS MAY BE PURCHASED BY CALLING DC NEWS AND DATA, INC. AT(240) 632-8591.

## TRANSFERS

SMALL CARRIER TRANSFER APPLICATIONS INVOLVING MOTOR CARRIERS, PROPERTY BROKERS, FREIGHT FORWARDERS, AND HOLDERS OF CERTIFICATES OF REGISTRATION.
AGENCY: Federal Motor Carrier Safety Administration.

ACTION: The FMCSA has approved, subject to public comment, the transfer of authority of motor carriers, property brokers, freight forwarders, and holders of certificates of registration, pursuant to the decision in Ex Parte No. MC 111 (Sub No. 1), Transfer Rules, 4 I.C.C.2d 382, (1988), and the regulations at 49 CFR Part 365, Subpart D. The parties may consummate a proposed transaction at any time after 10 days of the filing of the application. Protests may be filed within 20 days of the publication date of the application. If a protest is received, the FMCSA will issue a decision disposing of the protest, and any transaction consummated prior to the FMCSA's decision will be at the parties' own risk, subject to any conditions we subsequently may impose. Similarly, if either party has less than satisfactory safety rating, consummation of the transaction pursuant to the 10 day rule is at the parties' own risk subject to any conditions we subsequently may impose. If no protests are received, or if the FMCSA does not issue a subsequent decision on safety grounds, the publication of the application will become the final action of the FMCSA.

ADDRESSES: Send comments to:(1) Office of Motor Carriers Section of License- MC-RIS RM. 8218 Federal Motor Carrier Safety Administration 1200 New Jersey Ave., S.E., Washington, DC 20590 and (2)Applicant's representative(s) as shown below.
DATES: Comments are due 20 days after publication. FOR STATUS INQUIRIES: (202) 366-9805

SUPPLEMENTARY INFORMATION: Further information concerning the transaction is contained in the application. A copy of the application may be obtained free of charge by contacting applicant's representative. In the alternative, the application may be inspected at the offices of the Federal Motor Carrier Safety Administration during usual business hours. Transferees of motor carrier and property broker authorities may obtain revised authorities reflecting the transfer of ownership by notifying the FMCSA that the transaction has been consummated and by complying with the following requirements set forth in the Code of Federal Regulations: (1) motor carriers: insurance (49 CFR 1043) (liability: Form BMC-91 or BMC-91X; cargo: Form BMC 34); designation of process agents (49 CFR 1044) (Form BOC3); and tariffs (49 CFR 1312); or (2) brokers: insurance (49 CFR 1043) (surety bond: Form BMC-84) and designation of process agents (49 CFR 1044) (Form BOC3).

| NUMBER | FILED | OLD APPLICANT | NEW APPLICANT | REPRESENTATIVE |
| --- | --- | --- | --- | --- |
| NONE | | | | |

# CIVIL COVER SHEET
JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Jeremy Kahn, pro se
4815 Essex Ave.
Chevy Chase, MD 20815

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Montgomery
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Federal Motor Carrier Safety Administration

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jeremy Kahn, pro se, business address:
1730 Rhode Island Ave., N.W., Suite 810
Washington, DC 20036
telephone (202) 887-0037

Case: 1:07-cv-02323
Assigned To : Kennedy, Henry H.
Assign. Date : 12/27/2007
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ⊗ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)  OR  ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⊙ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
claim under 5 U.S.C. §552 for production of government document

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  Dec. 27, 2007   SIGNATURE OF ATTORNEY OF RECORD  /s/  Pro Se

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.