**RECEIVED**
JAN 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeremy Kahn, *pro se* | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) CASE: 1:07-cv-02323 (HHK) |
| | ) |
| Federal Motor Carrier Safety Administration | ) |
| | ) |
| *Defendant* | ) |

**PROOF OF SERVICE**

I, Jeremy Kahn, *pro se* plaintiff, certify that I have served a copy of the Summons and Complaint in this matter as required by Rule 4(i), Federal Rules of Civil Procedure, on defendant Federal Motor Carrier Safety Administration ("FMCSA") as well as the Attorney General of the United States and the United States Attorney for the District of Columbia.

Attached as <u>Exhibit A</u> is a copy of the U.S. Postal Service Certified Mail Receipt No. 7006 2150 0001 8015 4488 showing mailing of the Summons and Complaint to the FMCSA on December 27, 2007 which copy appears on the same sheet as the "Track & Confirm" statement issued by the U.S. Postal Service on its website, showing delivery of the envelope on December 31, 2007. This "track and confirm" receipt is submitted because the signed acknowledgement card was not returned by the Postal Service.

Attached as <u>Exhibit B</u> are copies of the U.S. Postal Service Certified Mail Receipts

showing mailing of the Summons and Complaint to the Attorney General of the United States and the U.S. Attorney for the District of Columbia on December 27, 2007 and a signed acknowledgment of receipt by each, signed on December 31, 2007.

<div style="text-align: right;">

Respectfully submitted,

*/s/ Jeremy Kahn*

Jeremy Kahn, *pro se*
Business Address For Mail:
1730 Rhode Island Ave., N.W., No. 810
Washington, D.C.  20036
Day Telephone    202.887.0037

</div>

### Certificate of Service

I, Jeremy Kahn, certify that I have served a copy of the foregoing Proof of Service upon Defendant Federal Motor Carrier Safety Administration by mailing a copy to "Office of Chief Counsel, Federal Motor Carrier Safety Administration, 1200 New Jersey Ave., SE, Washington, DC 20590," by first class mail, postage prepaid.

Dated at Washington, DC this 8th day of January, 2008.

<div style="text-align: right;">

*/s/ Jeremy Kahn*

Jeremy Kahn

</div>

Exhibit A

# UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7006 2150 0001 8015 4488
Detailed Results:

- Delivered, December 31, 2007, 6:48 am, WASHINGTON, DC 20590
- Notice Left, December 30, 2007, 6:53 am, WASHINGTON, DC 20590
- Arrival at Unit, December 30, 2007, 4:15 am, WASHINGTON, DC 20022
- Acceptance, December 27, 2007, 2:37 pm, WASHINGTON, DC 20036

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.58 | 0233 |
| Certified Fee | $2.65 | 17 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.38 | 12/27/2007 |

Sent To: Federal Motor Carrier Safety Admin.
Street, Apt. No.; or PO Box No.: 1200 New Jersey Ave SE
City, State, ZIP+4: Washington DC 20590

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0001 8015 4488

Case 1:07-cv-02323-HHK    Document 2    Filed 01/10/2008    Page 4 of 4

EXHIBIT B

