RECEIVED
JAN 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jeremy Kahn, *pro se*       )
                            )
    *Plaintiff,*   )
                            )
v.                          ) CASE: 1:07-cv-02323 (HHK)
                            )
Federal Motor Carrier Safety Administration  )
                            )
    *Defendant*    )

## PROOF OF SERVICE

I, Jeremy Kahn, *pro se* plaintiff, certify that I have served a copy of the Summons and Complaint in this matter as required by Rule 4(i), Federal Rules of Civil Procedure, on defendant Federal Motor Carrier Safety Administration ("FMCSA") as well as the Attorney General of the United States and the United States Attorney for the District of Columbia.

Attached as <u>Exhibit A</u> is a copy of the U.S. Postal Service Certified Mail Receipt No. 7006 2150 0001 8015 4488 showing mailing of the Summons and Complaint to the FMCSA on December 27, 2007 which copy appears on the same sheet as the "Track & Confirm" statement issued by the U.S. Postal Service on its website, showing delivery of the envelope on December 31, 2007. This "track and confirm" receipt is submitted because the signed acknowledgement card was not returned by the Postal Service.

Attached as <u>Exhibit B</u> are copies of the U.S. Postal Service Certified Mail Receipts

showing mailing of the Summons and Complaint to the Attorney General of the United States and the U.S. Attorney for the District of Columbia on December 27, 2007 and a signed acknowledgment of receipt by each, signed on December 31, 2007.

Respectfully submitted,

_____
Jeremy Kahn, *pro se*
Business Address For Mail:
1730 Rhode Island Ave., N.W., No. 810
Washington, D.C.   20036
Day Telephone     202.887.0037

### Certificate of Service

I, Jeremy Kahn, certify that I have served a copy of the foregoing Proof of Service upon Defendant Federal Motor Carrier Safety Administration by mailing a copy to "Office of Chief Counsel, Federal Motor Carrier Safety Administration, 1200 New Jersey Ave., SE, Washington, DC 20590," by first class mail, postage prepaid.

Dated at Washington, DC this 8th day of January, 2008.

_____
Jeremy Kahn

EXHIBIT A

# UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7006 2150 0001 8015 4488
Detailed Results:

- Delivered, December 31, 2007, 6:48 am, WASHINGTON, DC 20590
- Notice Left, December 30, 2007, 6:53 am, WASHINGTON, DC 20590
- Arrival at Unit, December 30, 2007, 4:15 am, WASHINGTON, DC 20022
- Acceptance, December 27, 2007, 2:37 pm, WASHINGTON, DC 20036

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data   FOIA



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $0.58 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.38 |

Postmark Here    12/27/2007

Sent To: Federal Motor Carrier Safety Admin.
Street, Apt. No.; or PO Box No.: 1200 New Jersey Ave SE
City, State, ZIP+4: Washington DC 20590

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0001 8015 4488

EXHIBIT B

## Return Receipt 1 (top left)

**A. Signature:** X [signed] — Agent ☐ Addressee ☐
**B. Received by (Printed Name):** [illegible] Pula
**C. Date of Delivery:** DEC 31 2007
**D. Is delivery address different from item 1?** ☐ Yes ☐ No

**1. Article Addressed to:**
Atty General Michael Mukasey
Dept of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

**3. Service Type:** ☒ Certified Mail
**2. Article Number:** 7006 2150 0001 8015 4471

PS Form 3811, February 2004 — Domestic Return Receipt

## Return Receipt 2 (top right)

**A. Signature:** X [signed] — Agent ☐ Addressee ☐
**B. Received by (Printed Name):** [illegible]
**C. Date of Delivery:** DEC 31 2007

**1. Article Addressed to:**
Jeffrey A Taylor
U.S. Atty for District of Columbia
555 4th St. NW
Washington DC 20530

**3. Service Type:** ☒ Certified Mail

PS Form 3811, February 2004 — Domestic Return Receipt

## Certified Mail Receipt 1 (bottom left)

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $0.49 |
| Certified Fee | $2.65 |
| Return Receipt Fee | $2.15 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.29 |

Postmark Here: 12/27/2007

Sent To: Attorney General Michael Mukasey
Street, Apt No; or PO Box No: US Dept Justice 950 PA Ave NW
City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, August 2006

7006 2150 0001 8015 4471

## Certified Mail Receipt 2 (bottom right)

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $0.49 |
| Certified Fee | $2.65 |
| Return Receipt Fee | $2.15 |
| Restricted Delivery Fee | $0.00 |
| Total Postage & Fees | $5.29 |

Postmark Here: 12/27/2007

Sent To: Jeffrey Taylor US Attorney District of Columbia
Street, Apt No; or PO Box No: 555 4th St NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, August 2006

7006 2150 0001 8015 4494