UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jeremy Kahn, *pro se*          )
                               )
  *Plaintiff,*       )
                               )
v.                             ) CASE: 1:07-cv-02323 (HHK)
                               )
                               )  **RECEIVED**
Federal Motor Carrier Safety Administration  )
                               )  JAN 1 7 2008
  *Defendant*        )
                               )  NANCY MAYER WHITTINGTON, CLERK
                                  U.S. DISTRICT COURT

**Plaintiff's Motion Under Fed.R.Civ.P 15(a)(1)(A)
To Amend Complaint as a Matter of Course**

Plaintiff Jeremy Kahn, relying on the provisions of Federal Rule of Civil Procedure 15(a)(1)(A), moves the Court to allow Plaintiff to amend the Complaint in this case as a matter of course, since Defendant has not yet served a responsive pleading to the Complaint.

Plaintiff has attached the proposed Amended Complaint to this Motion.

Plaintiff relies on the Memorandum of Points and Authorities submitted with this Motion.

As to the obligation to confer prior to filing a non-dispositive Motion [Local Civil Rule 7(m)], a party has the right to amend its pleading as a matter of right under the circumstances presented here. Nevertheless, Plaintiff telephoned the Office of Chief Counsel of Defendant Federal Motor Carrier Safety Administration [(202) 493-0349] at

1

approximately 10:30 am on January 16, 2008, and left an explicit message advising of the case number, the name and nature of the case, and a desire to confer with an attorney in that office with responsibility for that case in anticipation of filing a motion. As of 4:45 pm on January 16, such call had not been returned.

WHEREFORE, Plaintiff respectfully prays that this Court will accept the attached Amended Complaint for filing in this matter, and issue such other and further relief as it may deem just and proper in the premises.

Respectfully submitted,

_____
Jeremy Kahn, *pro se*
Business Address For Mail:
1730 Rhode Island Ave., N.W., No. 810
Washington, D.C. 20036
Day Telephone 202.887.0037

### Certificate of Service

I, Jeremy Kahn, certify that I have served a copy of the foregoing Motion, Memorandum of Points and Authorities, Amended Complaint, and proposed Order upon Defendant Federal Motor Carrier Safety Administration by mailing a copy to "Office of Chief Counsel, Federal Motor Carrier Safety Administration, 1200 New Jersey Ave., SE, Washington, DC 20590," by first class mail, postage prepaid.

Dated at Washington, DC this 16th day of January, 2008.

_____
Jeremy Kahn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jeremy Kahn, *pro se*           )
                                )
      *Plaintiff,*          )
                                )
v.                              ) CASE: 1:07-cv-02323 (HHK)
                                )
Federal Motor Carrier Safety Administration  )
                                )
      *Defendant*           )

**Memorandum of Points and Authorities in Support of
Plaintiff's Motion Under Fed.R.Civ.P 15(a)(1)(A)
To Amend Complaint as a Matter of Course**

This case involves a complaint under the Freedom of Information Act ("FOIA") requesting the Court to order Defendant Federal Motor Carrier Safety Administration ("FMCSA") to provide certain documents. The request is somewhat unusual in that FMCSA is refusing to respond to an FOIA request to provide documents which are formal decisions by the agency in formal dockets and described as such in the publicly distributed FMCSA daily *Register* as being available to the public.

FMCSA has not yet served a responsive pleading to the Complaint. Under the terms of Federal Rule of Civil Procedure 15(a)(1)(A), Plaintiff therefore may amend its Complaint as a matter of course. *Confederate Memorial Association v. Hines*, 995 F.2d 295, 299 (D.C.Cir. 1993).

Plaintiff has amended its Complaint to reflect two additional instances of FMCSA publishing in the daily FMCSA *Register* notices of two additional, similar decisions, which FMCSA has also declined to make available pursuant to FOIA requests.

Under the circumstances, and consistent with Local Civil Rule 15.1, the Court is requested to permit Plaintiff to amend his Complaint as set forth.

Respectfully submitted,

Jeremy Kahn, *pro se*
Business Address For Mail:
1730 Rhode Island Ave., N.W., No. 810
Washington, D.C.  20036
Day Telephone   202.887.0037

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeremy Kahn, *pro se* | )<br>) |
| *Plaintiff,* | )<br>) |
| v. | ) CASE: 1:07-cv-02323 (HHK)<br>) |
| Federal Motor Carrier Safety Administration | )<br>) |
| *Defendant* | )<br>) |

**Order on Plaintiff's
Motion Under Fed.R.Civ.P 15(a)(1)(A)
To Amend Complaint as a Matter of Course**

THIS MATTER having come before the Court on Plaintiff's Motion to Amend his Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), and it appearing Defendant has not filed a responsive pleading to the initial Complaint.

IT IS HEREBY ORDERED, that the Motion is GRANTED, and that as provided in Local Civil Rule 15.1 the Amended Complaint shall be deemed to have been filed and served by mail on Defendant upon the date of entry of this Order.

Entered this ___ day of January, 2008.

_____
United States District Judge

Serve:

Jeremy Kahn
1730 Rhode Island Ave., N.W.,
Suite 810
Washington, D.C.  20036

Chief Counsel
Federal Motor Carrier
   Safety Administration
1200 New Jersey Ave., SE,
Washington, DC 20590

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeremy Kahn, *pro se* <br> 4815 Essex Ave. <br> Chevy Chase, MD  20815 <br> day telephone (202) 887-0037 <br><br> *Plaintiff,* <br><br> v. <br><br> Federal Motor Carrier Safety Administration <br> 1200 New Jersey Ave., S.E. <br> Washington, DC  20590 <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE: 1:07-cv-02323(HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AMENDED
COMPLAINT FOR INJUNCTIVE RELIEF
UNDER THE FREEDOM OF INFORMATION ACT**

1. This is an action under the Freedom of Information Act, 5 U.S.C. §552, as amended, to order the Federal Motor Carrier Safety Administration ("FMCSA") to produce a copy of formal agency decisions("Decisions") (1) served October 2, 2007, in a matter titled, *P.A.M. Transport, Inc.*, FMCSA Docket MC-150496, (2) served December 28, 2007, in a matter titled, *Celadon Trucking Services, Inc.*, FMCSA Docket MC-185116, and (3) served January 14, 2008, in a matter titled, *Con-Way Truckload, Inc.*, FMCSA Docket MC-119399, all three of which were improperly withheld from the plaintiff.

2.  The jurisdiction of this Court is invoked under 5 U.S.C. §552(a)(4)(B), since FMCSA is situated and maintains its records in the District of Columbia.

3.  Plaintiff is the requestor of the agency Decisions, which have been improperly withheld. Plaintiff is also a member of the D.C. Bar (DC Bar #199778) and the Bar of this Court, but he is bringing this action on his own behalf, *pro se*.

4.  Defendant Federal Motor Carrier Safety Administration is an agency of the United States and has possession of the Decisions Plaintiff seeks.

5.  Plaintiff became aware of the Decisions through Defendant's publication of the daily FMCSA *Register*, which lists formal agency actions and is made available daily to the public through Defendant's website at www.fmcsa.dot.gov. Defendant published notice of the *P.A.M. Transport* Decision at page 19 of the October 2, 2007 FMCSA *Register* as a formal decision of the agency. A copy of that page is attached as Exhibit A. Defendant published notice of the *Celadon Trucking* Decision at page 20 of the December 28, 2007 FMCSA *Register* as a formal decision of the agency. A copy of that page is attached as Exhibit B. Defendant published notice of the *Con-Way Truckload* Decision at page 50 of the January 14, 2008 FMCSA *Register* as a formal decision of the agency. A copy of that page is attached as Exhibit C.

6.  In each publication in Exhibits A, B, and C, immediately below the listing of the Decision in the *FMCSA Register*, FMCSA listed in bold print the legend, "Copies of Decisions May Be Purchased by Calling DC News and Data, Inc. at (240) 632-8591.

7.  Plaintiff first sought the FMCSA's *P.A.M. Transport* Decision through an

informal request to the agency, which was denied.

8. For each of the three Decisions, Plaintiff next called the telephone number for "DC News and Data" as published in the FMCSA *Register*, and received a recorded announcement that the phone number was not in service. Plaintiff believes the same phone number has been listed as the source for FMCSA decisions and has not been in service for at least nine months.

9. By letter dated October 10, 2007 and acknowledged by FMCSA by its own letter on the same day, Plaintiff requested from FMCSA a copy of the *P.A.M. Transport* Decision under the Freedom of Information Act. By letter dated December 28, 2007 and acknowledged by FMCSA by its own letter on December 31, 2007, Plaintiff requested from FMCSA a copy of the *Celadon Trucking* Decision under the Freedom of Information Act. By letter dated January 14, 2008, Plaintiff requested from FMCSA a copy of the *Con-Way Truckload* Decision under the Freedom of Information Act.

10. FMCSA has refused either to provide any of the Decisions or to respond further.

11. Since the requested Decisions are listed in the daily FMCSA *Register* as formal agency decisions, FMCSA's failure to provide a copy of such Decisions is such an egregious violation of the Freedom of Information Act that relief under that Act is warranted at this time.

12. Plaintiff has a legal right to these Decisions under 5 U.S.C. §552(a)(2)(A), and there is no legal basis for Defendant's ongoing refusal to produce them.

WHEREFORE, Plaintiff respectfully prays that this Court:

(1)     Order Defendant FMCSA immediately to make the requested Decisions available as requested;

(2)     Expedite the proceedings as provided in 5 U.S.C. §552(a)(4)(B)

(3)     Award Plaintiff his costs in this action, pursuant to 5 U.S.C. §552(a)(4)(F);

(4)     Issue a written finding, pursuant to 5 U.S.C. §552(a)(4)(F), that the circumstances surrounding the withholding raise questions whether the agency acted arbitrarily and capriciously with respect to the withholding; and

(5)     Grant unto Plaintiff such other and further relief as it may deem just and proper in the premises.

Respectfully submitted,

/s/ Jeremy Kahn

Jeremy Kahn, *pro se*
Business Address For Mail:
1730 Rhode Island Ave., N.W., No. 810
Washington, D.C.   20036
Day Telephone     202.887.0037

| MC-616119-C | GROUND FORCE TRANSPORTATION LLC - TOBACCOVILLE, NC | 10/02/2007 | DISCONTINUANCE |
| MC-616907-C | DEVON CRUMP & ASSOCIATES LLC - HATFIELD, PA | 10/02/2007 | DISCONTINUANCE |
| MC-617244-P | ARTURO SANCHEZ - ANAHEIM, CA | 10/02/2007 | NOTICE |
| MC-617369-P | HEYWOOD ENTERPRISES LLC - KALAMAZOO, MI | 10/02/2007 | DISCONTINUANCE |
| MC-617769-P | SECOND LOOK TRANSPORT INC - CHICAGO, IL | 10/02/2007 | NOTICE |
| MX-254167-C | GUADALUPE OCON & REFUGIO ROMO SAUCEDO - TIJUANA, BA | 10/02/2007 | DISCONTINUANCE |

## MISCELLANEOUS

| NUMBER | TITLE | DECIDED | SERVED | DECISION TYPE |
|---|---|---|---|---|
| MC-150496 | P.A.M. TRANSPORT, INC. - TONTITOWN, AR | 10/02/2007 | 10/02/2007 | SELF-INSURED |

**COPIES OF DECISIONS MAY BE PURCHASED BY CALLING DC NEWS AND DATA, INC. AT(240) 632-8591.**

## TRANSFERS

SMALL CARRIER TRANSFER APPLICATIONS INVOLVING MOTOR CARRIERS, PROPERTY BROKERS, FREIGHT FORWARDERS, AND HOLDERS OF CERTIFICATES OF REGISTRATION.
AGENCY: Federal Motor Carrier Safety Administration.

ACTION: The FMCSA has approved, subject to public comment, the transfer of authority of motor carriers, property brokers, freight forwarders, and holders of certificates of registration, pursuant to the decision in Ex Parte No. MC 111 (Sub No. 1), Transfer Rules, 4 I.C.C.2d 382, (1988), and the regulations at 49 CFR Part 365, Subpart D. The parties may consummate a proposed transaction at any time after 10 days of the filing of the application. Protests may be filed within 20 days of the publication date of the application. If a protest is received, the FMCSA will issue a decision disposing of the protest, and any transaction consummated prior to the FMCSA's decision will be at the parties' own risk, subject to any conditions we subsequently may impose. Similarly, if either party has less than satisfactory safety rating, consummation of the transaction pursuant to the 10 day rule is at the parties' own risk subject to any conditions we subsequently may impose. If no protests are received, or if the FMCSA does not issue a subsequent decision on safety grounds, the publication of the application will become the final action of the FMCSA.

ADDRESSES: Send comments to:(1) Office of Motor Carriers Section of License- MC-RIS RM. 8218 Federal Motor Carrier Safety Administration 1200 New Jersey Ave., S.E., Washington, DC 20590 and (2)Applicant's representative(s) as shown below.
DATES: Comments are due 20 days after publication. FOR STATUS INQUIRIES: (202) 366-9805

SUPPLEMENTARY INFORMATION: Further information concerning the transaction is contained in the application. A copy of the application may be obtained free of charge by contacting applicant's representative. In the alternative, the application may be inspected at the offices of the Federal Motor Carrier Safety Administration during usual business hours. Transferees of motor carrier and property broker authorities may obtain revised authorities reflecting the transfer of ownership by notifying the FMCSA that the transaction has been consummated and by complying with the following requirements set forth in the Code of Federal Regulations: (1) motor carriers: insurance (49 CFR 1043) (liability: Form BMC-91 or BMC-91X; cargo: Form BMC 34); designation of process agents (49 CFR 1044) (Form BOC3); and tariffs (49 CFR 1312); or (2) brokers: insurance (49 CFR 1043) (surety bond: Form BMC-84) and designation of process agents (49 CFR 1044) (Form BOC3).

| NUMBER | FILED | OLD APPLICANT | NEW APPLICANT | REPRESENTATIVE |
|---|---|---|---|---|
| NONE | | | | |

| Number | Name | Date | Type |
|---|---|---|---|
| MC-623349-P | EXPEDITE TRANSPORTATION LLC - SHAKOPEE, MN | 12/28/2007 | NOTICE |
| MC-623695-C | VAN TRANSPORT INC - FT LAUDERDALE, FL | 12/28/2007 | DISCONTINUANCE |
| MC-624002-C | ELIAZAR LOERA - LANCASTER, CA | 12/28/2007 | NOTICE |
| MC-624955-C | ABC INTERNATIONAL TRUCKING INC - HIALEAH GARDENS, FL | 12/28/2007 | NOTICE |
| MC-624955-C | ABC INTERNATIONAL TRUCKING INC - HIALEAH GARDENS, FL | 12/28/2007 | REINSTATEMENT |
| MC-625447-P | JAVIER GUTIERREZ - BAKERSFIELD, CA | 12/28/2007 | NOTICE |
| MC-625677-C | D MORRIS TRUCKING INC - WINTHROP HARBOR, IL | 12/28/2007 | DISCONTINUANCE |
| MC-625983-C | CELTIC TRANSPORT LLC - WEST MANCHESTER, OH | 12/28/2007 | DISCONTINUANCE |
| MC-626292-C | TWO-WAY MOVING & FREIGHT CARGO INC - JACKSONVILLE, FL | 12/28/2007 | DISCONTINUANCE |
| MC-626620-C | THE RIGHTWAY TRUCKING LLC - RINCON, GA | 12/28/2007 | NOTICE |
| MC-626861-P | OA TRANSPORT INC - BRIGHAM CITY, UT | 12/28/2007 | NOTICE |
| MC-627922-P | SPARKS CONTRACTORS INC - WALTON, KY | 12/28/2007 | NOTICE |

**MISCELLANEOUS**

| NUMBER | TITLE | DECIDED | SERVED | DECISION TYPE |
|---|---|---|---|---|
| MC-185116 | CELADON TRUCKING SERVICES, INC. - INDIANAPOLIS, IN | 12/28/2007 | 12/28/2007 | SELF-INSURED |

**COPIES OF DECISIONS MAY BE PURCHASED BY CALLING DC NEWS AND DATA, INC. AT(240) 632-8591.**

Exhibit C

DECISIONS AND NOTICES RELEASED January 14, 2008

| MC-628813-C | RED LINE EXPRESS INC - TUPELO, MS | | 01/14/2008 | NOTICE |
| MC-628813-C | RED LINE EXPRESS INC - TUPELO, MS | | 01/14/2008 | NOTICE |

**MISCELLANEOUS**

| NUMBER | TITLE | DECIDED | SERVED | DECISION TYPE |
| --- | --- | --- | --- | --- |
| MC-119399 | CON-WAY TRUCKLOAD, INC. - JOPLIN, MO | 01/14/2008 | 01/14/2008 | SELF-INSURED |

**COPIES OF DECISIONS MAY BE PURCHASED BY CALLING DC NEWS AND DATA, INC. AT(240) 632-8591.**