UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeremy Kahn, *pro se* <br> 4815 Essex Ave. <br> Chevy Chase, MD  20815 <br> day telephone (202) 887-0037 <br><br> *Plaintiff,* <br><br> v. <br><br> Federal Motor Carrier Safety Administration <br> 1200 New Jersey Ave., S.E. <br> Washington, DC  20590 <br><br> *Defendant* | CASE: 1:07-cv-02323(HHK) |

**AMENDED
COMPLAINT FOR INJUNCTIVE RELIEF
UNDER THE FREEDOM OF INFORMATION ACT**

1. This is an action under the Freedom of Information Act, 5 U.S.C. §552, as amended, to order the Federal Motor Carrier Safety Administration ("FMCSA") to produce a copy of formal agency decisions("Decisions") (1) served October 2, 2007, in a matter titled, *P.A.M. Transport, Inc.*, FMCSA Docket MC-150496, (2) served December 28, 2007, in a matter titled, *Celadon Trucking Services, Inc.*, FMCSA Docket MC-185116, and (3) served January 14, 2008, in a matter titled, *Con-Way Truckload, Inc.*, FMCSA Docket MC-119399, all three of which were improperly withheld from the plaintiff.

2. The jurisdiction of this Court is invoked under 5 U.S.C. §552(a)(4)(B), since FMCSA is situated and maintains its records in the District of Columbia.

3. Plaintiff is the requestor of the agency Decisions, which have been improperly withheld. Plaintiff is also a member of the D.C. Bar (DC Bar #199778) and the Bar of this Court, but he is bringing this action on his own behalf, *pro se*.

4. Defendant Federal Motor Carrier Safety Administration is an agency of the United States and has possession of the Decisions Plaintiff seeks.

5. Plaintiff became aware of the Decisions through Defendant's publication of the daily FMCSA *Register*, which lists formal agency actions and is made available daily to the public through Defendant's website at www.fmcsa.dot.gov. Defendant published notice of the *P.A.M. Transport* Decision at page 19 of the October 2, 2007 FMCSA *Register* as a formal decision of the agency. A copy of that page is attached as Exhibit A. Defendant published notice of the *Celadon Trucking* Decision at page 20 of the December 28, 2007 FMCSA *Register* as a formal decision of the agency. A copy of that page is attached as Exhibit B. Defendant published notice of the *Con-Way Truckload* Decision at page 50 of the January 14, 2008 FMCSA *Register* as a formal decision of the agency. A copy of that page is attached as Exhibit C.

6. In each publication in Exhibits A, B, and C, immediately below the listing of the Decision in the *FMCSA Register*, FMCSA listed in bold print the legend, "Copies of Decisions May Be Purchased by Calling DC News and Data, Inc. at (240) 632-8591.

7. Plaintiff first sought the FMCSA's *P.A.M. Transport* Decision through an

informal request to the agency, which was denied.

8. For each of the three Decisions, Plaintiff next called the telephone number for "DC News and Data" as published in the FMCSA *Register*, and received a recorded announcement that the phone number was not in service. Plaintiff believes the same phone number has been listed as the source for FMCSA decisions and has not been in service for at least nine months.

9. By letter dated October 10, 2007 and acknowledged by FMCSA by its own letter on the same day, Plaintiff requested from FMCSA a copy of the *P.A.M. Transport* Decision under the Freedom of Information Act. By letter dated December 28, 2007 and acknowledged by FMCSA by its own letter on December 31, 2007, Plaintiff requested from FMCSA a copy of the *Celadon Trucking* Decision under the Freedom of Information Act. By letter dated January 14, 2008, Plaintiff requested from FMCSA a copy of the *Con-Way Truckload* Decision under the Freedom of Information Act.

10. FMCSA has refused either to provide any of the Decisions or to respond further.

11. Since the requested Decisions are listed in the daily FMCSA *Register* as formal agency decisions, FMCSA's failure to provide a copy of such Decisions is such an egregious violation of the Freedom of Information Act that relief under that Act is warranted at this time.

12. Plaintiff has a legal right to these Decisions under 5 U.S.C. §552(a)(2)(A), and there is no legal basis for Defendant's ongoing refusal to produce them.

WHEREFORE, Plaintiff respectfully prays that this Court:

(1)    Order Defendant FMCSA immediately to make the requested Decisions available as requested;

(2)    Expedite the proceedings as provided in 5 U.S.C. §552(a)(4)(B)

(3)    Award Plaintiff his costs in this action, pursuant to 5 U.S.C. §552(a)(4)(F);

(4)    Issue a written finding, pursuant to 5 U.S.C. §552(a)(4)(F), that the circumstances surrounding the withholding raise questions whether the agency acted arbitrarily and capriciously with respect to the withholding; and

(5)    Grant unto Plaintiff such other and further relief as it may deem just and proper in the premises.

Respectfully submitted,

_____
Jeremy Kahn, *pro se*
Business Address For Mail:
1730 Rhode Island Ave., N.W., No. 810
Washington, D.C.   20036
Day Telephone    202.887.0037

| MC-616119-C | GROUND FORCE TRANSPORTATION LLC - TOBACCOVILLE, NC | 10/02/2007 | DISCONTINUANCE |
| MC-616907-C | DEVON CRUMP & ASSOCIATES LLC - HATFIELD, PA | 10/02/2007 | DISCONTINUANCE |
| MC-617244-P | ARTURO SANCHEZ - ANAHEIM, CA | 10/02/2007 | NOTICE |
| MC-617369-P | HEYWOOD ENTERPRISES LLC - KALAMAZOO, MI | 10/02/2007 | DISCONTINUANCE |
| MC-617769-P | SECOND LOOK TRANSPORT INC - CHICAGO, IL | 10/02/2007 | NOTICE |
| MX-254167-C | GUADALUPE OCON & REFUGIO ROMO SAUCEDO - TIJUANA, BA | 10/02/2007 | DISCONTINUANCE |

## MISCELLANEOUS

| NUMBER | TITLE | DECIDED | SERVED | DECISION TYPE |
|---|---|---|---|---|
| MC-150496 | P.A.M. TRANSPORT, INC. - TONTITOWN, AR | 10/02/2007 | 10/02/2007 | SELF-INSURED |

COPIES OF DECISIONS MAY BE PURCHASED BY CALLING DC NEWS AND DATA, INC. AT(240) 632-8591.

## TRANSFERS

SMALL CARRIER TRANSFER APPLICATIONS INVOLVING MOTOR CARRIERS, PROPERTY BROKERS, FREIGHT FORWARDERS, AND HOLDERS OF CERTIFICATES OF REGISTRATION.
AGENCY: Federal Motor Carrier Safety Administration.

ACTION: The FMCSA has approved, subject to public comment, the transfer of authority of motor carriers, property brokers, freight forwarders, and holders of certificates of registration, pursuant to the decision in Ex Parte No. MC 111 (Sub No. 1), Transfer Rules, 4 I.C.C.2d 382, (1988), and the regulations at 49 CFR Part 365, Subpart D. The parties may consummate a proposed transaction at any time after 10 days of the filing of the application. Protests may be filed within 20 days of the publication date of the application. If a protest is received, the FMCSA will issue a decision disposing of the protest, and any transaction consummated prior to the FMCSA's decision will be at the parties' own risk, subject to any conditions we subsequently may impose. Similarly, if either party has less than satisfactory safety rating, consummation of the transaction pursuant to the 10 day rule is at the parties' own risk subject to any conditions we subsequently may impose. If no protests are received, or if the FMCSA does not issue a subsequent decision on safety grounds, the publication of the application will become the final action of the FMCSA.

ADDRESSES: Send comments to:(1) Office of Motor Carriers Section of License- MC-RIS RM. 8218 Federal Motor Carrier Safety Administration 1200 New Jersey Ave., S.E., Washington, DC 20590 and (2)Applicant's representative(s) as shown below.
DATES: Comments are due 20 days after publication. FOR STATUS INQUIRIES: (202) 366-9805

SUPPLEMENTARY INFORMATION: Further information concerning the transaction is contained in the application. A copy of the application may be obtained free of charge by contacting applicant's representative. In the alternative, the application may be inspected at the offices of the Federal Motor Carrier Safety Administration during usual business hours. Transferees of motor carrier and property broker authorities may obtain revised authorities reflecting the transfer of ownership by notifying the FMCSA that the transaction has been consummated and by complying with the following requirements set forth in the Code of Federal Regulations: (1) motor carriers: insurance (49 CFR 1043) (liability: Form BMC-91 or BMC-91X; cargo: Form BMC 34); designation of process agents (49 CFR 1044) (Form BOC3); and tariffs (49 CFR 1312); or (2) brokers: insurance (49 CFR 1043) (surety bond: Form BMC-84) and designation of process agents (49 CFR 1044) (Form BOC3).

| NUMBER | FILED | OLD APPLICANT | NEW APPLICANT | REPRESENTATIVE |
|---|---|---|---|---|
| NONE | | | | |

DECISIONS AND NOTICES RELEASED December 28, 2007

| | | | |
|---|---|---|---|
| MC-623349-P | EXPEDITE TRANSPORTATION LLC - SHAKOPEE, MN | 12/28/2007 | NOTICE |
| MC-623695-C | VAN TRANSPORT INC - FT LAUDERDALE, FL | 12/28/2007 | DISCONTINUANCE |
| MC-624002-C | ELIAZAR LOERA - LANCASTER, CA | 12/28/2007 | NOTICE |
| MC-624955-C | ABC INTERNATIONAL TRUCKING INC - HIALEAH GARDENS, FL | 12/28/2007 | NOTICE |
| MC-624955-C | ABC INTERNATIONAL TRUCKING INC - HIALEAH GARDENS, FL | 12/28/2007 | REINSTATEMENT |
| MC-625447-P | JAVIER GUTIERREZ - BAKERSFIELD, CA | 12/28/2007 | NOTICE |
| MC-625677-C | D MORRIS TRUCKING INC - WINTHROP HARBOR, IL | 12/28/2007 | DISCONTINUANCE |
| MC-625983-C | CELTIC TRANSPORT LLC - WEST MANCHESTER, OH | 12/28/2007 | DISCONTINUANCE |
| MC-626292-C | TWO-WAY MOVING & FREIGHT CARGO INC - JACKSONVILLE, FL | 12/28/2007 | DISCONTINUANCE |
| MC-626620-C | THE RIGHTWAY TRUCKING LLC - RINCON, GA | 12/28/2007 | NOTICE |
| MC-626861-P | OA TRANSPORT INC - BRIGHAM CITY, UT | 12/28/2007 | NOTICE |
| MC-627922-P | SPARKS CONTRACTORS INC - WALTON, KY | 12/28/2007 | NOTICE |

**MISCELLANEOUS**

| NUMBER | TITLE | DECIDED | SERVED | DECISION TYPE |
|---|---|---|---|---|
| MC-185116 | CELADON TRUCKING SERVICES, INC. - INDIANAPOLIS, IN | 12/28/2007 | 12/28/2007 | SELF-INSURED |

**COPIES OF DECISIONS MAY BE PURCHASED BY CALLING DC NEWS AND DATA, INC. AT (240) 632-8591.**

Run Date: 12/28/2007
Run Time: 10:30
Page 20 of 45
Data Source: Licensing & Insurance
li_register

| MC-628813-C | RED LINE EXPRESS INC - TUPELO, MS | 01/14/2008 | NOTICE |
| MC-628813-C | RED LINE EXPRESS INC - TUPELO, MS | 01/14/2008 | NOTICE |

### MISCELLANEOUS

| NUMBER | TITLE | DECIDED | SERVED | DECISION TYPE |
| --- | --- | --- | --- | --- |
| MC-119399 | CON-WAY TRUCKLOAD, INC. - JOPLIN, MO | 01/14/2008 | 01/14/2008 | SELF-INSURED |

**COPIES OF DECISIONS MAY BE PURCHASED BY CALLING DC NEWS AND DATA, INC. AT(240) 632-8591.**