UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY KAHN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No.  07-2323 (HHK) |
| | ) |
| FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel for the Federal Motor Carrier Safety Administration.

Respectfully submitted,

/s/ Beverly M. Russell
BEVERLY M. RUSSELL, D.C. BAR # 454257
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth St., N.W., E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
E-mail:  beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Praecipe* was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this 31st day of January, 2008 to:

Jeremy Kahn
4815 Essex Avenue
Chevy Chase, Maryland 20815


/s/ Beverly M. Russell
BEVERLY M. RUSSELL
Assistant United States Attorney