UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY KAHN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FEDERAL MOTOR CARRIER SAFETY )<br>ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2323 (HHK) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Federal Motor Carrier Safety Administration ("FMCSA"), respectfully moves for an enlargement of time up to and including April 4, 2008 to answer, move or otherwise respond to Plaintiff's Complaint.[1] Pursuant to Local Rule 7(m), Defendant's counsel telephoned Plaintiff and was informed that Plaintiff opposes the relief requested herein. Although the United States generally has sixty days by which to respond to a complaint (see Fed.R.Civ.P. 12(a)(3)(A)), this case was brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, which requires an agency to respond to a complaint within thirty days after service of the pleading. 5 U.S.C. § 552(a)(4)(C). Accordingly, Defendant has until Monday, February 4, 2008 to respond to Plaintiff's Complaint. However, for good cause as explained below, Defendant requests an enlargement of time to file its response to Plaintiff's Complaint.

---

[1] Pursuant to Local Rule 7(m), Defendant's counsel telephoned Plaintiff and was informed that Plaintiff opposes the relief requested herein.

Plaintiff, through FOIA, sought a copy of a decision issued by the Federal Motor Carrier Safety Administration ("FMCSA"), in the matter entitled *P.A.M. Transport, Inc.*, FMCSA Docket MC-150496. The decision may contain protected information which the company does not want publicly disclosed. Accordingly, the FMCSA has forwarded a copy of the FOIA request to the company for the purpose of obtaining information on those matters contained in the decision which the company perceives as protected. After receiving the company's response, the FMCSA can then make a determination on appropriate redactions, if any, to the decision consistent with the FOIA. To provide the company a reasonable time to respond and for the FMCSA to make its determination on those portions of the decision which must be disclosed consistent with the FOIA, Defendant respectfully moves for an enlargement of time up to and including April 4, 2008 to answer, move or otherwise respond to Plaintiff's Complaint.

A proposed Order consistent with this motion for an enlargement is attached.

Date: January 31, 2008

                                        Respectfully Submitted,

                                        /s/ Jeffrey A. Taylor /bmr
                                        _____
                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                        United States Attorney

                                        /s/ Rudolph Contreras /bmr
                                        _____
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint* was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this <u>31st</u> day of January, 2008 to:

Jeremy Kahn<br>
4815 Essex Avenue<br>
Chevy Chase, Maryland 20815

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY KAHN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FEDERAL MOTOR CARRIER SAFETY )<br>ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-2323 (HHK) |

**ORDER**

UPON CONSIDERATION of ***Defendant's Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint***, and for good cause shown, it is by the Court,

ORDERED that the Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including April 8, 2008 to answer, move or otherwise respond to Plaintiff's Complaint;

SO ORDERED.

_____          _____
DATE                                    UNITED STATES DISTRICT COURT JUDGE

Copies to:
Jeremy Kahn
4815 Essex Avenue
Chevy Chase, Maryland 20815

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530
beverly.russell@usdoj.gov