UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEREMY KAHN,<br><br>    Plaintiff<br><br>        v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2323 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Federal Motor Carrier Safety Administration ("FMCSA"), respectfully moves for an enlargement of time up to and including March 17, 2008 to respond to Plaintiff's Motion for Summary Judgment. Pursuant to Local Rule 7(m), Defendant's counsel telephoned Plaintiff and was informed that Plaintiff does not oppose the relief requested herein. Defendant's reasons for moving for an enlargement of time are set forth below.

On February 21, 2008, this Court granted, in part, Defendant's motion for an enlargement of time to answer, move or otherwise respond to Plaintiff's Complaint. Based on the Court's February 21, 2008 Order, Defendant has until March 17, 2008 to respond to the Complaint. Defendant herein moves for an enlargement of time to this same day to respond to Plaintiff's Motion for Summary Judgment for purposes of filing a comprehensive response to Plaintiff's claims and arguments.

A proposed Order consistent with this motion for an enlargement of time is attached.

Date: February 29, 2008

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /bmr
        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /bmr
        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Beverly M. Russell
        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia,
         Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C. 20530
        Ph:  (202) 307-0492
        Fax: (202) 514-8780
        E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Motion for an Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment*** was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this <u>29th</u> day of February, 2008 to:

Jeremy Kahn
4815 Essex Avenue
Chevy Chase, Maryland 20815

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEREMY KAHN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FEDERAL MOTOR CARRIER SAFETY )<br>ADMINISTRATION, )<br>)<br>Defendant. ) | Civil Action No.  07-2323 (HHK) |

**ORDER**

UPON CONSIDERATION of *Defendant's Motion for an Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment*, and for good cause shown, it is by the Court,

ORDERED that the Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including March 17, 2008 to respond to Plaintiff's Motion for Summary Judgment;

SO ORDERED.

_____     _____
DATE                                              UNITED STATES DISTRICT COURT JUDGE

Copies to:
Jeremy Kahn
4815 Essex Avenue
Chevy Chase, Maryland 20815

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530
beverly.russell@usdoj.gov