UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY KAHN, <br><br> Plaintiff <br><br> v. <br><br> FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2323 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S CONSENT MOTION FOR A SECOND ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Federal Motor Carrier Safety Administration ("FMCSA"), respectfully moves for an enlargement of time up to and including March 21, 2008 to answer, move or otherwise respond to Plaintiff's Complaint and to respond to Plaintiff's Motion for Summary Judgment. Pursuant to Local Rule 7(m), Defendant's counsel telephoned Plaintiff and was informed that Plaintiff does not oppose the relief requested herein. In support of this Motion, Defendant states the following.

Last week, the FMCSA provided input for both a response to the Complaint and the Motion for Summary Judgment. However, its counsel had multiple deposition preparations on Wednesday, March 12, 2008, in the case, Schroer v. Billington, Civil Action No. 05-1090(JR), and depositions in that same case, on March 13 and 14. Additionally, over the past week, Defendant's undersigned counsel had to devote considerable time to drafting an opposition to a motion for a preliminary injunction in the case, Atlantic Sea Island Group, LLC v. Connaughton, et al., Civil Action No. 08-00259). Accordingly, because of these significant and time-

consuming work-related demands, Defendant's counsel is unable to complete Defendant's response to Plaintiff's Complaint and Motion for Summary Judgment in this case by the current deadline, and respectfully requests a four day extension to March 21, 2008 to file these responses.

A proposed Order consistent with this motion for an enlargement of time is attached.

Date: March 17, 2008

>Respectfully Submitted,
>
>/s/ Jeffrey A. Taylor /dch
>_____
>JEFFREY A. TAYLOR, D.C. BAR #498610
>United States Attorney
>
>/s/ Rudolph Contreras /dch
>_____
>RUDOLPH CONTRERAS, D.C. BAR #434122
>Assistant United States Attorney
>
>/s/ Beverly M. Russell
>_____
>BEVERLY M. RUSSELL, D.C. Bar #454257
>Assistant United States Attorney
>U.S. Attorney's Office for the District of Columbia,
> Civil Division
>555 4th Street, N.W., Rm. E-4915
>Washington, D.C. 20530
>Ph: (202) 307-0492
>Fax: (202) 514-8780
>E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Consent Motion for a Second Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and to Respond to Plaintiff's Motion for Summary Judgment*** was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this 17th day of March, 2008 to:

Jeremy Kahn
4815 Essex Avenue
Chevy Chase, Maryland 20815

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEREMY KAHN,<br><br>　　　Plaintiff<br><br>　　　　　v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2323 (HHK)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of *Defendant's Consent Motion for a Second Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and to Respond to Plaintiff's Motion for Summary Judgment*, and for good cause shown, it is by the Court,

ORDERED that the Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including March 21, 2008 to answer, move or otherwise respond to Plaintiff's Complaint, and to respond to Plaintiff's Motion for Summary Judgment;

SO ORDERED.

_____    _____
DATE                                           UNITED STATES DISTRICT COURT JUDGE

Copies to:
Jeremy Kahn
4815 Essex Avenue
Chevy Chase, Maryland 20815

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530
beverly.russell@usdoj.gov