UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY KAHN,<br><br>   Plaintiff<br><br>   v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2323 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, the Federal Motor Carrier Safety Administration ("FMCSA"), by and through its undersigned attorneys, as its answer to Plaintiff's Amended Complaint, states as follows:

**First Defense**

Plaintiff fails to state a claim upon which relief can be granted.

**Second Defense**

Plaintiff has failed to exhaust his administrative remedies under 5 U.S.C. § 552.

**Third Defense**

Plaintiff cannot demonstrate that Defendant's self-insurance decisions qualify as "reading room" material required to be disclosed to the public under 5 U.S.C. § 552(a)(2)(A).

**Fourth Defense**

Defendant reserves the right to assert affirmatively any other matter that constitutes an avoidance or affirmance under Fed. R. Civ. P. 8(c).

**Fifth Defense**

In response to the numbered paragraphs of Plaintiff's Amended Complaint, Defendant admits, denies or otherwise states as follows:

1. The allegations of paragraph 1 contain Plaintiff's characterization of the Complaint and a legal conclusion to which no answer is required. To the extent an answer is deemed required, Defendant denies the allegation of paragraph 1 that the three documents described therein were improperly withheld.

2. The allegation contained in paragraph 2 constitutes Plaintiff's characterization of the Court's jurisdiction in this action to which no answer is required, except that Defendant admits that it is situated in and maintains its records in the District of Columbia.

3. Defendant admits that Plaintiff is the requester of the agency decisions at issue in this suit, but denies that the decisions have been improperly withheld. Defendant has insufficient knowledge with which to admit or deny the allegations in the second sentence, except to admit that, from the current information contained on the docket of this matter, Plaintiff brings this action on his own behalf.

4. Admit.

5. Defendant has insufficient knowledge with which to admit or deny how Plaintiff became aware of Defendant's decisions. Defendant admits that it publishes notices of its decisions in the *FMCSA Register*.

6. Admit.

7. Admit.

8. Defendant lacks sufficient information to determine the truth of Plaintiff's allegations and conjecture in this paragraph. To the extent an answer is deemed required, however, Defendant denies.

9. Admit.

10. Deny.

11. This paragraph contains a conclusion of law to which no answer is required; to the extent an answer is deemed required, Defendant denies.

12. This paragraph contains a conclusion of law to which no answer is required; to the extent an answer is deemed required, Defendant denies.

The remainder of Plaintiff's Complaint contains Plaintiff's prayer for relief, to which no answer is required. To the extent an answer is deemed required, Defendant denies that Plaintiff is entitled to the relief sought in the Complaint, or to any relief whatsoever.

Defendant denies each and every allegation in the Complaint that it has not expressly admitted or to which it has not responded that it has insufficient information to admit or deny the allegations.

Date: March 21, 2008

Respectfully Submitted,

/s/ Jeffrey A. Taylor /dch
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /dch
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

Of Counsel:                                   _____
Kirk Foster, Esq.                             BEVERLY M. RUSSELL, D.C. Bar #454257
Federal Motor Carrier Safety                  Assistant United States Attorney
 Administration                               U.S. Attorney's Office for the District of Columbia,
U.S. Dept. Of Transportation                    Civil Division
                                              555 4th Street, N.W., Rm. E-4915
                                              Washington, D.C. 20530
                                              Ph: (202) 307-0492
                                              Fax: (202) 514-8780
                                              E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Answer to Plaintiff's Amended Complaint* was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this 21st day of March, 2008 to:

Jeremy Kahn, Esq.<br>
Kahn and Kahn<br>
1730 Rhode Island Avenue, N.W., Suite 810<br>
Washington, D.C.  20036

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney