UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY KAHN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-2323 (HHK) |
| ) | |
| FEDERAL MOTOR CARRIER SAFETY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR A SCHEDULING ORDER**

Defendant, Federal Motor Carrier Safety Administration, respectfully moves for a scheduling Order to govern further disposition of this case. Defendant's memorandum and proposed Order in support of this Motion was filed with *Defendant's Opposition to Plaintiff's Motion for Summary Judgment, and Defendant's Motion for a Scheduling Order and Memorandum in Support Thereof,* also filed today, March 21, 2008. See R. 15.

Date: March 21, 2008

                Respectfully Submitted,

                /s/ Jeffrey A. Taylor /bmr
                _____
                JEFFREY A. TAYLOR, D.C. BAR #498610
                United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

| | |
|---|---|
| Of Counsel: | _____ |
| Kirk Foster, Esq. | BEVERLY M. RUSSELL, D.C. Bar #454257 |
| Federal Motor Carrier Safety | Assistant United States Attorney |
|  Administration | U.S. Attorney's Office for the District of Columbia, |
| U.S. Dept. Of Transportation |  Civil Division |

555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Motion for a Scheduling Order* was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this 21st day of March, 2008 to:

Jeremy Kahn, Esq.
Kahn and Kahn
1730 Rhode Island Avenue, N.W., Suite 810
Washington, D.C. 20036

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney