UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Jeremy Kahn, *pro se* | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) CASE: 1:07-cv-02323 (HHK) |
| Federal Motor Carrier Safety Administration | ) ) ) |
| *Defendant* | ) ) |

**Plaintiff's Opposition
To Defendant's Motion For A Scheduling Order**

    Plaintiff strongly opposes the Motion of Defendant Federal Motor Carrier Safety Administration ("FMCSA") to postpone yet again consideration of Plaintiff's claim, this time by a proposal to postpone further any action until a new scheduling order is entered. This is one more instance of FMCSA, which has failed to meet *every* previously imposed deadline, seeking to push consideration of this claim even further off into the future.

    Plaintiff in his Summary Judgment papers has claimed this matter is ripe for ruling now. The unstated premise of FMCSA's request for further delay is that FMCSA is justified in withholding the documents at issue, and all that remains is for the agency to decide what portions of the sought documents will be redacted before they are released. If one accepts this FMCSA assumption, further delay is warranted to allow the agency to perform its review and redact where it deems appropriate.

1

Plaintiff does not accept that premise. Plaintiff asserts there is no justification for withholding the documents, so there is no basis for any further proceedings to delay the agency's release of these documents.

Plaintiff responds in further detail to FMCSA's Motion in his Reply to FMCSA's Opposition to Plaintiff's Summary Judgment Motion, which will be filed shortly with the Court.

WHEREFORE, Plaintiff respectfully prays that this Court will deny Plaintiff's Motion for Scheduling Order and issue such other and further relief as it may deem just and proper in the premises.

                                                                     Respectfully submitted,

                                                                     Jeremy Kahn, *pro se*
                                                                     Business Address For Mail:
                                                                     1730 Rhode Island Ave., N.W., No. 810
                                                                     Washington, D.C. 20036
                                                                     Day Telephone   202.887.0037

### Certificate of Service

I, Jeremy Kahn, certify that I have served a copy of the foregoing Opposition upon counsel for Defendant, Federal Motor Carrier Safety Administration, by mailing a copy to Beverly M. Russell, Esq., Assistant U.S. Attorney, U.S. Attorney's Office for the District of Columbia, Civil Division, 555 Fourth Street, N.W., E-4915. Washington, DC 20530, by first class mail, postage prepaid.

Dated at Washington, DC this 25th day of March, 2008.

                                                                               Jeremy Kahn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jeremy Kahn, *pro se* | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) CASE: 1:07-cv-02323 (HHK) |
| | ) |
| Federal Motor Carrier Safety Administration | ) |
| | ) |
| *Defendant* | ) |

**Order on Defendant's Motion For A Scheduling Order**

THIS MATTER having come before the Court on Defendant's Motion For A Scheduling Order, and Plaintiff's Opposition thereto, and it appearing Defendant has not shown good cause for the relied requested at this time.

IT IS HEREBY ORDERED, that Defendant's Motion is DENIED, without prejudice to Defendant renewing the Motion after full consideration of Plaintiff's pending Motion for Summary Judgment.

Entered this ___ day of March, 2008.

_____
United States District Judge

1

Serve:

Beverly M. Russell, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W., E-4915.
Washington, DC  20530

Jeremy Kahn
1730 Rhode Island Ave., N.W., Suite 810
Washington, D.C.  20036