UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEREMY KAHN,  )  <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> FEDERAL MOTOR CARRIER SAFETY ) <br> ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-2323 (HHK) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR A BRIEFING SCHEDULE
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Federal Motor Carrier Safety Administration, respectfully moves for an enlargement of time up to and including April 10, 2008 to file its reply to Plaintiff's Opposition to Defendant's Motion for a Briefing Schedule. Pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff and was informed that Plaintiff does not oppose the relief requested herein. In support of this Motion, Defendant states the following.

Defendant notes that, this week, their counsel filed two opposition memoranda in <u>Atlantic Seal Island Group v. Connaughton</u>, Civil Action No. 08-00259(RWR), including one today, Friday, April 4, 2008. Additionally, earlier this week, Defendant's counsel was required to address matters related to the administrative record in <u>Fund for Animals v. Williams</u>, Civil Action No. 03-00677(RMU) and during the latter part of the week, discovery in the case, <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR), including a deposition today, April 4.

Accordingly, because of these significant and time-consuming work-related demands, Defendant's counsel is unable to complete Defendant's reply in this case by the current deadline, and respectfully requests an extension to April 10, 2008 to file the reply.

A proposed Order consistent with this motion for an enlargement of time is attached.

Date: April 4, 2008

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /bmr
        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /bmr
        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Beverly M. Russell
        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia,
         Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C. 20530
        Ph:  (202) 307-0492
        Fax: (202) 514-8780
        E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Unopposed Motion for an Enlargement of Time to File Its Reply to Plaintiff's Opposition to Defendant's Motion for a Briefing Schedule*** was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this 4th day of April, 2008 to:

> Jeremy Kahn, Esq.
> Kahn and Kahn
> 1730 Rhode Island Avenue, N.W., Suite 810
> Washington, D.C. 20036

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY KAHN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-2323 (HHK) |
| ) | |
| FEDERAL MOTOR CARRIER SAFETY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of *Defendant's Unopposed Motion for an Enlargement of Time to File Its Reply to Plaintiff's Opposition to Defendant's Motion for a Briefing Schedule*, and for good cause shown, it is by the Court,

ORDERED that the Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including April 10, 2008 to reply to Plaintiff's Opposition to Defendant's Motion for a Briefing Schedule;

SO ORDERED.

_____        _____
DATE                                               UNITED STATES DISTRICT COURT JUDGE

Copies to:
Jeremy Kahn
Kahn and Kahn
1730 Rhode Island Avenue, N.W., Suite 810
Washington, D.C.  20036

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530
beverly.russell@usdoj.gov