UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY KAHN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 07-2323 (HHK) |
| ) | |
| FEDERAL MOTOR CARRIER SAFETY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S NOTICE OF FILING**

Defendant herein notices the filing of the declaration of Tiffanie C. Coleman (attached hereto) which supports Defendant's Motion for an Extension of Time filed today May 5, 2008, but which was inadvertently not filed with that Motion.

Date: May 5, 2008

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Notice of Filing* was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this 5th day of May, 2008 to:

Jeremy Kahn<br>
Kahn and Kahn<br>
1730 Rhode Island Avenue, N.W., Suite 810<br>
Washington, D.C. 20036

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMY KAHN, pro se ) | |
| ) | |
| Plaintiff, ) | Case No. 1:07-cv-02323 (HHK) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL MOTOR CARRIER ) | |
| SAFETY ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF TIFFANIE C. COLEMAN

1. I serve as the Freedom of Information Act (FOIA) Officer for the Federal Motor Carrier Safety Administration (FMCSA), an operating administration within the U.S. Department of Transportation. I oversee the FMCSA FOIA Office and program. I also provided the Declaration signed March 12, 2008, which was previously submitted by Defendant in the instant case.

2. I make this declaration on the basis of personal knowledge. In the event I am called as a witness, I could competently testify to the facts contained in this declaration.

3. My office is involved in processing the Plaintiff's three FOIA requests cited in Plaintiff's amended complaint filed January 23, 2008. The Con-Way dismissal order was released

on March 12, 2008, to the Plaintiff in full. The two remaining FOIA requests are for FMCSA's self-insurance decision on *P.A.M. Transport, Inc.*, decided October 2, 2007, and for FMCSA's self-insurance decision on *Celadon Trucking Services, Inc.*, decided on December 28, 2007.

4. Regarding the *P.A.M. Transport, Inc.* self-insurance decision, the FMCSA FOIA Office notified P.A.M Transport that FMCSA had received a FOIA request for their business information held by the FMCSA Self-Insurance Program in accordance with Presidential Executive Order 12,600 ("Predisclosure Notification Procedures for Confidential Commercial Information," June 23, 1987) and 49 C.F.R. § 7.17. The FMCSA FOIA Office then provided P.A.M. Transport a reasonable time to respond as to whether disclosing its commercial information to the public would reasonably be expected to cause it substantial competitive harm. FMCSA has completed its review of *P.A.M. Transport*'s proposed redactions of the October 2007 decision. FMCSA disagrees with some of *P.A.M. Transport*'s proposed redactions and intends to release some information which *P.A.M. Transport* would have FMCSA redact. FMCSA must now notify both *P.A.M. Transport* and the Plaintiff of said intention and must again provide *P.A.M. Transport* with a reasonable number of days within which it can take action, if it chooses to stop FMCSA from the intended disclosure.[1]

5. FMCSA intends to send said notice to *P.A.M. Transport* and the Plaintiff no later than Friday, May 2, 2008. The notice will inform *P.A.M. Transport* that FMCSA intends to disclose its redacted version of the October 2, 2007, self-insurance decision on Thursday, May 15, 2008.

6. On Tuesday, April 29, 2008, FMCSA received *Celadon Trucking Services, Inc.*'s proposed

redactions of the December 2007 decision. FMCSA agrees with *Celadon Trucking Services, Inc.*'s proposed redactions and plans to release the redacted version of *Celadon Trucking Services, Inc.*'s December 28, 2007, self-insurance decision to the Plaintiff no later than May 2, 2008.

7. Absent protest from *P.A.M. Transport, Inc.* as to FMCSA's proposed redactions to the decision related to that company, FMCSA anticipates completing the processing of Plaintiff's FOIA request by May 15, 2008. If, however, Plaintiff challenges FMCSA's redactions to the *P.A.M. Transport* and *Celadon Trucking* decisions, FMCSA will need two weeks to produce a *Vaughn* index or declarations to support any dispositive motion filed on its behalf. This time period will be required given other work-related demands of the FOIA Office, and the necessity of coordinating the index or declaration with FMCSA's Office of The Chief Counsel.

8. The FMCSA FOIA Office continues to receive and process other FOIAs under the plan discussed in my Declaration signed March 12, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: May \_\_\_1\_\_\_, 2008

*/s/ Tiffanie C. Coleman*
TIFFANIE C. COLEMAN

---

[1] See 7 C.F.R. § 7.17(b).