UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEREMY KAHN, | ) <br> ) <br> ) <br> ) |
| Plaintiff | ) <br> ) <br> ) |
| v. | ) Civil Action No. 07-2323 (HHK) <br> ) |
| FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**DEFENDANT'S SUPPLEMENTAL OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court's April 30 and May 19, 2008 Minute Orders, Defendant supplements its opposition to Plaintiff's Motion for Summary Judgment. The memorandum in support of Defendant's supplemental opposition was filed with *Defendant's Motion for Summary Judgment and Supplemental Opposition to Plaintiff's Motion for Summary Judgment*. R. 24. A proposed Order consistent with Defendant's opposition was also filed with Defendant's Motion for Summary Judgment.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

Of Counsel:                              _____
Kirk Foster, Esq.                        BEVERLY M. RUSSELL, D.C. Bar #454257
Federal Motor Carrier Safety             Assistant United States Attorney
 Administration                          U.S. Attorney's Office for the District of Columbia,
U.S. Dept. Of Transportation              Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Supplemental Opposition to Plaintiff's Motion for Summary Judgment*** was made by the Court's Electronic Case Filing System, this 27th day of May, 2008 to:

Jeremy Kahn, Esq.
Kahn and Kahn
1730 Rhode Island Avenue, N.W., Suite 810
Washington, D.C.  20036

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney