UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEREMY KAHN,<br><br>    Plaintiff<br><br>        v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  07-2323 (HHK)<br>)<br>)<br>)<br>)<br>) |

**ERRATA**

Defendant, Federal Motor Carrier Safety Administration, submits this Errata to its Memorandum of Points and Authorities in Support of [Its] Motion for Summary Judgment and Supplemental Opposition to Plaintiff's Motion for Summary Judgment. R. 24.  On page 18, the following sentence should be modified from

> "In summary, the FOIA recognizes that certain information in the government's files should be protected from disclosure because of the potential harm that could result from disclosure."

to

> "However, the FOIA recognizes that certain information in the government's files should be protected from disclosure because of the potential harm that could result from disclosure."

Respectfully Submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Errata* was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this 28th day of May, 2008 to:

Jeremy Kahn, Esq.
Kahn and Kahn
1730 Rhode Island Avenue, N.W., Suite 810
Washington, D.C. 20036

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney